# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:
DAWN MARIE DOUGHERTY
DEBTOR                                          CASE NO.: 18-20670

## RESPONSE TO
## MOTION TO CONTINUE HEARING

Comes now the Debtor, by and through counsel, and for her Response to the Motion to Continue Hearing filed by Creditor Toyota Motor Credit Corporation on January 4, 2019 (Document # 57) states that she has no objection to the continuation of said hearing and joins in said Motion.

      /s/ John M. Schultz
JOHN M. SCHULTZ, #82750
Benson and Schultz, PLC
Attorney for Debtor
10 South Main Street
Walton, Kentucky 41094
(859) 485-4104
(859) 485-6906 (facsimile)
bspsc@fuse.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to the ECF address or mailed, first class US Mail, postage prepaid, on this, the 5th day of January, 2019 to Molly Slutsky Simons, Attorney for Movant, PO Box 476, Loveland, OH 45140; Michael L Baker, Trustee, PO Box 175710, Covington, KY 41017; and to US Trustee, 100 East Vine St., Ste. 500, Lexington, KY 40507.

/s/ John M. Schultz
John M. Schultz