# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| In Re: | Case No. 18-20670 |
| Dawn Marie Dougherty | Chapter 7 |
| Debtor | Chief Judge Tracey N. Wise |

### AGREED ORDER RESOLVING DEBTOR'S MOTION TO REDEEM PROPERTY
### (Doc. 56)

This matter having come on before the Court upon the Debtor's Motion to Redeem Property (Doc.55) and Objection thereto (Doc.56) filed herein by the secured creditor, Toyota Motor Credit Corporation. ("Creditor"); and it appearing to the Court that the parties have agreed to a course of action which will resolve the objection.

1. Debtor, Dawn Marie Dougherty, and Creditor have agreed, pending approval from the Court, Debtor shall be allowed to redeem the lien of the Creditor on the 2014 TOYOTA CAMRY - VIN 4T1BF1FK9EU417604 for $11,000.00, with the full, lump sum of $11,000.00 payable to Creditor within 30 days of the Court approving this agreement. Payment to be sent to Creditor at the following address:

   Toyota Motor Credit Corporation
   P.O. Box 9490
   Cedar Rapids, Iowa 52409-9490

   Made Payable to: Toyota Motor Credit Corporation

2. Creditor shall release its lien on Debtor's 2014 TOYOTA CAMRY - VIN 4T1BF1FK9EU417604 within 45 days after receiving the $11,000.00.

3. Debtor shall continue to maintain proper insurance on the vehicle per the terms of the original contract until the lien is released by the Creditor.

4. If payment is not made within 30 days of entry of this order, the automatic stay pursuant to 11 U.S.C. §362 shall immediately terminate.

This is a final and appealable order.

Agreed Upon and Submitted by:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ John M. Schultz
John M. Schultz
10 S Main St
Walton, KY 41094
Covington, KY 41011
Phone: 859.485.4104
bspsc@fuse.net
Attorney for Debtor
**(Per E-Mail Authorization received on 2/6/2019)**

Pursuant to Local Rule 9022-1(c), Attorney for Creditor shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

**DISTRIBUTION LIST**

    John M. Schultz, Debtor's Counsel
    bspsc@fuse.net

    Michael L. Baker, Trustee
    trusteemlb@zslaw.com

    Office of the U.S. Trustee
    ustpregion.08.lx.ecf@usdoj.gov

    Dawn Marie Dougherty, Debtor
    345 Arnolds Creek Road
    Dry Ridge, KY 41035

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-20670 |
| Dawn Marie Dougherty | Chapter 7 |
| Debtor | Chief Judge Tracey N. Wise |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on February 7, 2019.

**By Notice of Electronic Filing to:**

John M. Schultz, Debtor's Counsel
bspsc@fuse.net

Michael L. Baker, Trustee
trusteemlb@zslaw.com

Office of the U.S. Trustee
ustpregion.08.lx.ecf@usdoj.gov

**By United States mail to:**

Dawn Marie Dougherty, Debtor
345 Arnolds Creek Road
Dry Ridge, KY 41035

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, February 08, 2019**
**(tnw)**